# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00568-CV

**Sunrise International Leasing Corporation, Appellant**

**v.**

**VVM, Inc., Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 190,022-B, HONORABLE GORDON G. ADAMS, JUDGE PRESIDING

Appellant Sunrise International Leasing Corporation has informed this Court that it no longer wishes to pursue its appeal. We construe this notice as a motion to dismiss, grant the motion, and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2).

_____

Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices Patterson and Puryear

Dismissed on Appellant=s Motion

Filed: November 15, 2002

Do Not Publish